# TERRITORY OF HAWAII *v.* CLAYTON M. LANIER.

## NO. 2911.

FILED MAY 11, 1953.                    DECIDED JULY 23, 1953.

TOWSE, C. J., LE BARON AND STAINBACK, JJ.

*Per Curiam.* The defendant himself moves for a rehearing of the cause decided by this court in 40 Hawaii 65. The grounds of petitioner, however, are argumentative in character and repetitive of matters heretofore fully briefed and argued by counsel at the hearing on appeal and thereafter fully considered by this court. Upon again reviewing the record, this court finds no basis for a rehearing.

The petition is denied without argument under the rule.

*J. Harold Hughes* for the petition.